### FIRST DEPARTMENT, JANUARY, 1938.
#### (January 10, 1938.)

In the Matter of JOHN G. DANIEL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

---

#### (January 14, 1938.)

ELLIS G. POTTER, Individually and as a Stockholder of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY, Suing on Behalf of Himself and All Other Stockholders of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY Similarly Situated and in the Right of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY, Respondent, and HERMAN WANGROW, as Plaintiff Intervener, Respondent, v. ELISHA WALKER and Others, Defendants, Impleaded with FREDERIC EWING and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., takes no part.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the GENERAL INDEMNITY CORPORATION OF AMERICA. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the GENERAL INDEMNITY CORPORATION OF AMERICA, Appellant; CENTRAL CHEVROLET COMPANY, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse.

In the Matter of the Application of LELAND W. HILL, Assistant Director of the Department of Labor of the State of New York, Acting for and on Behalf of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, for a Warrant of Attachment against Dr. MAX UNGER, Appellant, and for an Order to Punish Him for Contempt.— Order modified by remitting the fine and striking out the provision for payment to Leland W. Hill, Assistant Director of the Department of Labor of the State of New York, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion. Settle order on notice.

ISAAC GOLDSTON, Respondent, v. DEL TURCO BROS., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

. MARGARET SCHWILL, Respondent, v. JOHN W. SCHWILL, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of a Plan for the Readjust-